IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMES ETHAN MACHAUF | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-00218-CV-W-HFS |
| DENIS R. MCDONOUGH, | ) |
| Secretary of Department of | ) |
| Veterans Affairs | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties have jointly filed a motion requesting a stay in all proceedings in this case for 90 days. In support of the motion, the parties state that defendant has a deadline of June 29, 2021, to file a responsive pleading in a similar case presently assigned as 21-00229-BCW, and seek a stay in this matter until such time as the pleading is filed.

The request is reasonable, and the motion (Doc. 14) is GRANTED. All proceedings in this case are hereby STAYED for 90 days from the date of this order.

                                                               s/ Howard F. Sachs

                                                               HOWARD F. SACHS
                                                               UNITED STATES DISTRICT JUDGE

May 4, 2021

Kansas City, Missouri